**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com
 lsironski@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARTIAN SALES, INC.,<br><br>　　　　　　　　Defendant. | CASE NO.: 3:23-cv-00645-LL-AHG<br><br>**PLAINTIFF C.B.'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Federal Rule of Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff C.B. voluntarily dismisses his claims in this action with prejudice against Defendant.

Dated:  September 13, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
      Neal J. Deckant

Neal J. Deckant (SBN 322946)
Luke W. Sironski-White (SBN 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ndeckant@bursor.com
           lsironski@bursor.com

*Attorneys for Plaintiff*

1