**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com
         lsironski@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B., individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>MARTIAN SALES, INC.,<br><br>                    Defendant. | CASE NO.: 3:23-cv-00645-LL-AHG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), Plaintiff C.B. and Defendant Martian Sales, Inc., by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

Dated:  October 17, 2023               Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*

Neal J. Deckant (SBN 322946)
Luke W. Sironski-White (SBN 348441)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ndeckant@bursor.com
           lsironski@bursor.com

*Attorneys for Plaintiff*

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Erin M. Gilmore*
       Erin M. Gilmore

Adam R. Fox (State Bar # 220584)
adam.fox@squirepb.com
Hannah J. Makinde (State Bar # 307907)
hannah.makinde@squirepb.com
Erin M. Gilmore (State Bar # 324319)
erin.gilmore@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

*Attorneys for Defendant*
MARTIAN SALES, INC.